IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02676-MSK-MJW

MARKHAM DALY on his own behalf and on behalf of his minor child MATTHEW SNYDER-DALY,

      Plaintiff,

v.

TAWNYA MEAGAN SNYDER;
THE STATE OF COLORADO and its political subdivisions, including, DISTRICT COURT, JEFFERSON COUNTY, COLORADO;
INDIAN CREST PEDIATRICS,

      Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Motion to Voluntarily Dismiss Without Prejudice **(#13)** filed January 13, 2009. The Court having reviewed the foregoing:

**ORDERS** that all claims asserted in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 15th day of January, 2009.

                                BY THE COURT:

                                Marcia S. Krieger
                                United States District Judge